Harry N. Kransz, as trustee, appellee, v. Sidney A. Leibsohn et al., defendants. Sidney A. Leibsohn, appellant. Gen. No. 34,951.

Opinion filed October 9, 1931.

Grossberg, Lyon & Brill, for appellant. Cummings & Wyman, for appellee; Austin L. Wyman, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

H. G. Gaberdiel and M. Ortner, trading as Apex Electric Company, appellees, v. Henry Raymer and A. C. Halmos, trading as Vienna Medical Association and Dr. Leo Weiss, defendants, on appeal of A. C. Halmos, appellant. Gen. No. 34,970.

Opinion filed October 9, 1931.

Brodkin & Bieber, for appellant; Abraham Teitelbaum, of counsel. Fried & Redman, for appellees; Abraham Redman, of counsel.

Mr. Justice Kerner delivered the opinion of the court.

Sheridan Trust & Savings Bank, defendant in error, v. Morris A. Bender and Sadie Bender, plaintiffs in error. Gen. No. 35,021.

Opinion filed October 9, 1931.

Krinsky, Levitan & Glassner, for plaintiffs in error. M. B. Waltz, Henry T. Chace, Jr., and Kirkland, Fleming, Green & Martin, for defendant in error.

Mr. Justice Kerner delivered the opinion of the court.

Tackgun Automatic Machine Corporation, appellee, v. Hibbard, Spencer, Bartlett & Company, appellant. Gen. No. 35,040.

Opinion filed October 9, 1931.

William J. Pringle and Edwin Terwilliger, for appellant. Campbell, Clithero & Fischer, for appellee; Raymond P. Fischer, of counsel.

Mr. Justice Kerner delivered the opinion of the court.